Entered on Docket
December 15, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 15, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
John Afanasiev

Debtors(s)

Chapter 13 Case Number:
10-47556-EDJ13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL**

Upon Consideration of the declaration dated December 14, 2010 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

# COURT SERVICE LIST

| | |
|---|---|
| John Afanasiev<br>5312 Rockport Ct<br>Newark, CA  94560<br><br>(Debtor) | Alameda County Tax Coll-Re Tax<br>1221 Oak St  (Bankruptcy Dept)<br>Oakland, CA  94612 |
| Alldata<br>9650 W Taron Dr. Ste 100<br>Elk Grove, CA  95757 | American Express<br>Po Box 0001<br>Los Angeles, CA  90096-8000 |
| American Express<br>Po Box 981537<br>El Paso, TX  79998-1537 | Arsi<br>555 St. Charles Drive, Ste 100<br>Thousand Oaks, CA  91360 |
| Ati West<br>1205 Hwy. 2, Ste 303<br>Sandpoint, ID  83864 | Bank Of America<br>Po Box 15026<br>Wilmington, DE  19850-5026 |
| Bank Of America<br>Po Box 15710<br>Wilmington, DE  19886-5710 | Bank Of America<br>Po Box 301200<br>Los Angeles, CA  90030 |
| California State Board Of Equalization<br>Account Analysis & Control Section<br>Mic 29<br>Po Box 942879<br>Sacramento, CA  94279-0029 | Capitol Management Services<br>726 Exchanges Street Suite 700<br>Buffalo, NY  14210 |
| Car Quest Auto Parts<br>124 Carroll Street<br>Sunnyvale, CA  94086 | Cintas Fire Protection<br>2188 Del Franco St. Ste 70<br>San Jose, CA  95131 |
| Citi Business Cards<br>Po Box 6537<br>The Lakes, NV  88901 | City Of California<br>Hazardous Materials Permit<br>Department Of Finance, Accts Receivable<br>Po Box 3707<br>Sunnyvale, CA  94088-3707 |
| Enhanced Recovery Corporations<br>8014 Bayberry Rd.<br>Jacksonville, FL  32256-7412 | Fci Lender Services, Inc.<br>8180 East Kaiser Blvd.<br>Anaheim Hill, CA  92808 |
| First Equity Card Corp<br>Po Box 23029<br>Columbus, GA  31902-3029 | First Equity<br>Po Box 120<br>Columbus, GA  31902-0120 |
| First Source Advantage, Llc<br>Po Box 628<br>Buffalo, NY  14240-0628 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  95812-2952 |
| Gb Collects<br>145 Bradford Dr.<br>West Berlin, NJ  08091 | Household Bank Na Il<br>Po Box 876<br>Wood Dale, IL  60191-0876 |

# COURT SERVICE LIST

| | |
|---|---|
| Hp Financial Services Co.<br>Po Box 402582<br>Atlanta, GA 30384 | Identifix<br>2714 Patton Rd.<br>Roseville, MN 55113-1138 |
| Interstate Battery System Of San Jose<br>213 North Main Street<br>Salinas, CA 93901-2815 | Master Card / Bank Of America<br>Po Box 15710<br>Wilmington, DE 19886 |
| Pcm Credit Bureau Disputes<br>Po Box 94435<br>Albuquerque, Nm 87199-4435<br>World World | Pra Receivables Management<br>Portfolio Recovery Associates<br>Po Box 12914<br>Norfolk, VA 23541 |
| Pra Receivables Management<br>Portfolio Recovery Assocs<br>Po Box 41067<br>Norfolk, VA 23541 | Reach Local Inc.<br>21700 Oxnard St., Ste. 1600<br>Woodland Hills, CA 91367 |
| Rks<br>4600 N. Hwy 6 Ste# 101<br>Houston, TX 77084 | Rms<br>77 Hartland St., Ste 401<br>Po Box 280410<br>East Hartford, CT 06108-0431 |
| Safety-Kleen Systems, Inc.<br>5360 Legacy Drive<br>Plano, TX 75024 | Sst Card Services<br>Po Box 23060<br>Columbus, GA 31902-3060 |
| Toyota Motor Credit Corporation<br>C/O Becket And Lee Llp<br>Pob 3001<br>Malvern, PA 19355-0701 | Toyota Motor Leasing<br>Mail Drop Fn 22<br>19001 S Western Ave.<br>Torrance, CA 90501-1106 |
| U.S. Bank, N.A., Et Al<br>3121 Michelson Drive, Suite 500<br>Irvine, CA 92612 | United States Treasury<br>Po Box 21126<br>Philadelphia, PA 19114 |
| Us Bank Home Mortgage/Downey S/L<br>3121 Michelson Dr #500<br>Irvine, CA 92612 | Verizon<br>Po Box 660108<br>Dallas, TX 75266-0108 |
| Webbank/Dfs/Cit Bank<br>12234 N I H 35 Bldg B<br>Austin, Tx 78753-1705<br>Wells Fargo Bank | Wells Fargo Bank Na<br>C/O Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 |
| Wells Fargo Card Services<br>Po Box 9210 Recovery Dept<br>Des Moines, IA 50306 | Wells Fargo<br>6397 Jarvis Ave.<br>Newark, CA 94560 |
| Zep<br>1000 Railroad St.<br>Corona, CA 92882 | |